## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL LONG,** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | |
| **vs.** | : | **NO. 15-6724** |
| | : | |
| **FARMERS NEW CENTURY** | : | |
| **INSURANCE COMPANY,** | : | |
| **Defendant** | : | |

## O R D E R

**AND NOW,** this 30th day of March, 2017, upon consideration of the defendant's

motion for judgment on the pleadings (Document #11), the plaintiff's response thereto

(Document #12), and the defendant's reply brief (Document #15), IT IS HEREBY

ORDERED that:

1.      The motion is GRANTED in its entirety.

2.      In accordance with Rule 58 of the Federal Rules of Civil Procedure,

judgment is ENTERED in favor of Defendant Farmers New Century Insurance

Company, and against Plaintiff Michael Long.

The Clerk of Court is directed to mark this case CLOSED for all purposes.

BY THE COURT:


 */s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.